**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**Case No. 3:11-cv-68-H**

**BROADCAST MUSIC, INC., et al.**                                                                 **PLAINTIFF(S)**


v.            **PLAINTIFFS' PROPOSED LITIGATION PLAN AND**
              **DISCOVERY SCHEDULE OUTLINE**


**OLDE PHOENIX HILL TAVERN &**                                                              **DEFENDANT(S)**
**PACKAGE LIQUORS, INC., et al.**

* * * * *

      Plaintiffs, by counsel, respectfully submit the following proposed Litigation Plan and Discovery Schedule:[1]

**BRIEFLY DESCRIBE CLAIMS:**  Copyright infringement action.


**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE:**       Yes_____No__X____
**IF YES, for what reason for the conference:**_____
_____


**PRE-DISCOVERY DISCLOSURES**      Fed.R.Civ.P.26(a)(l) by:  July 13, 2012.
This disclosure includes any document or item which may be an exhibit at trial, except those which are created for use at trial.


**PRELIMINARY DISCOVERY**    on the issues of _____

_____ shall be completed by: _____

---

[1] Counsel for Plaintiffs and Defendants attempted to confer but were unable to do so prior to the Court's deadline. Plaintiffs will work with Defendants if the proposed Schedule is problematic.

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:**

**IDENTIFY EXPERTS AND COMPLIANCE** with Fed.R.Civ.P. 26(a)(2):

from Plaintiff(s) by:   September 14, 2012
from Defendant(s) by:  October 15, 2012

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS** shall be due by: September 4, 2012.

**OTHER MISCELLANEOUS MATTERS:**  (any further additions)

**ALL DISCOVERY** shall be completed by: December 14, 2012

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:**   January 10, 2013.

**DISPOSITIVE MOTIONS** shall be filed by:   February 15, 2013.

**THE PARTIES WOULD LIKE A SETTLEMENT CONFERENCE:  Month/Year:**   Yes - August 2012 (open to dates)

**PRE-TRIAL CONFERENCE:  Month/Year:**   March 2013

The parties categorized this case as:
Complex _____ (Ready for trial within 2 years)
Simple _____X_____ (Ready for trial in less than one year)
Other _____ (Explain)_____
_____

**THIS CASE SHOULD BE READY FOR TRIAL** by:  late April or May 2013

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**
Yes __X___ No_____

**ANTICIPATED LENGTH OF TRIAL:** 1-2 (days)

**JURY TRIAL REQUEST:** Yes___X_____ No_____

AGREED TO BY:

 /s/ Reva D. Campbell
Counsel for Plaintiffs

Date:  July 2, 2012


_____
Counsel for Defendants

Date: _____

4804703_1.doc