UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**BROADCAST MUSIC, INC., et al.**                                            **PLAINTIFF**

VS.                                                **CIVIL ACTION NO. 3:11CV-68-H**

**OLDE PHOENIX HILL TAVERN & PACKAGE LIQUORS, INC.**        **DEFENDANT**

**SCHEDULING ON AGREED LITIGATION PLAN
AND DISCOVERY SCHEDULE**

The parties having submitted to the Court a Litigation Plan and Discovery Schedule Outline in compliance with Fed.R.Civ.P.26(f) and the Court having reviewed the proposed plan,

**IT IS HEREBY ORDERED** that the attached Agreed Litigation Plan and Discovery Schedule is adopted and shall be strictly followed unless amended by further order.

**IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge James D. Moyer pursuant to Title 28, United States Code, Section 636(b)(1)(A) for the purpose of conducting a settlement conference. **The parties shall jointly contact the chambers of the United States Magistrate Judge to schedule the conference.**

A pretrial conference date and trial date will be scheduled by separate order of this Court.

Date: August 20, 2012

COPIES TO:
Counsel of Record
Magistrate Judge Moyer's CM

Page -1-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

BROADCAST MUSIC, INC., et al.                                                            PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:11CV-68-H

OLDE PHOENIX HILL TAVERN & PACKAGE LIQUORS, INC.              DEFENDANT

**AGREED
LITIGATION PLAN AND DISCOVERY SCHEDULE**

**ANTICIPATED LENGTH OF TRIAL: 3 days   JURY TRIAL REQUEST: YES**

**PRE-DISCOVERY DISCLOSURES**  (Fed.R.Civ.P. 26(a)(1); **July 13, 2012**

**PRELIMINARY DISCOVERY:**

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:**   *See Litigation Plan*

**IDENTIFY EXPERTS & COMPLIANCE:** with Red. R. Civ. P. 26(a)(2):

   **Plaintiff: September 14, 2012**

   **Defendant: October 15, 2012**

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS** shall be due by :  **September 4, 2012**

**OTHER MISCELLANEOUS  MATTERS:** *See Litigation Plan*

**ALL DISCOVERY** shall be completed by:   **December 14, 2012**[1]

A party tendering a discovery request, response, disclosure under F.R.Civ.P. 26(a)(1) or (2), or deposition transcript ("discovery material") not otherwise required to be filed shall accompany such tendered discovery material with a certificate from the party or counsel that such material will be used in the proceeding, or has been ordered filed by the Court; and shall further certify that a copy of such Certificate for Filing has been served upon all parties or their counsel of record.

The party responsible for service of a discovery request, response or disclosure under F.R.Civ.P. 26(a)(1) or (2), is the custodian and must retain the original document. The custodian must provide access to all parties of record during the pendency of the action.

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN: January 10, 2013**

**DISPOSITIVE MOTIONS**:  shall be filed by:   **February 15, 2013**

---

1. In the event discovery is complete and no dispositive motions are filed by either party by the deadline, counsel shall notify the Court's Deputy, Ms. Andrea Kash and the case will be advanced on the Court's docket for a status conference.