UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**BROADCAST MUSIC, INC., et al.**                                                       **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 3:11CV-68-H**

**OLDE PHOENIX HILL TAVERN & PACKAGE LIQUORS, INC.**          **DEFENDANT**

**ORDER SETTING JURY TRIAL**

   **IT IS ORDERED** that this case is set for trial before a jury on **AUGUST 14, 2013,** at **9:30 a.m.**, prevailing Louisville time.  The trial is expected to last three **(3) days**.

   **IT IS FURTHER ORDERED** that this matter is scheduled for a **final pretrial conference on JULY 22, 2013 at 1:00 p.m.**  *Counsel shall appear in person.*

   **IT IS FURTHER ORDERED** that the parties shall file and serve on counsel the following:

   (a)   By **July 31, 2013**, list of all witnesses at trial and identify or exchange all exhibits to be used at trial.

   (1)   As part of this disclosure the parties shall identify those who will be called as experts. Expert testimony will be limited to that information and opinions disclosed in the Rule 26 expert report and any deposition of that expert.

   (2)   The Authenticity of all exhibits shall be admitted unless objection is made prior to **August 2, 2013.**

   **A list and copies of the all pre-marked/pre-numbered exhibits**

**shall be furnished to Chambers by August 13, 2013**.

      (3)    In absence of good cause no witness shall be permitted to testify and no exhibit will be allowed in evidence except upon compliance with the conditions of this order.

(b)    By **August 7, 2013,** a list of all special damages to be claimed at trial.

(c)    By **August 7, 2013,** proposed jury instructions.

(d)    By **August 7, 2013**, proposed voir dire questions.

(e)    By **August 7, 2013**, a concise trial brief not to exceed ten pages to identify any key factual, evidentiary or legal disputes.

(f)    Depositions ( in whole or part) or other transcripts (of recorded conversations, chat text, other proceedings) read into the record are not reported by the court reporter unless directed to do so by the Court. Further, any CD, audiotape, or videotape presented at a court proceeding is not reported by the court reporter. Counsel are responsible for filing in the record or as an exhibit these items for appeal purposes.

**IT IS FURTHER ORDERED** that the parties shall advise the Court's Deputy, Ms. Andrea Kash at 502-625-3538, immediately if this action is settled

Date: August 20, 2012

COPIES TO COUNSEL OF RECORD
Jury Clerk